# STATE OF MICHIGAN

# COURT OF APPEALS

NANCY LATESSA,

        Plaintiff-Appellant,

v

MICHIGAN INSTITUTE OF UROLOGY, PC,
ST. JOHN PROVIDENCE HEALTH SYSTEM,
ST. JOHN MACOMB-OAKLAND HOSPITAL,
SCOTT SIRCUS, M.D., and GEORGE
CHRISTENSEN, D.O.,

        Defendants-Appellees.

UNPUBLISHED
May 25, 2017

No. 331476
Macomb Circuit Court
LC No. 2014-003645-NH

Before: M. J. KELLY, P.J., and BECKERING and SHAPIRO, JJ.

PER CURIAM.

        I concur in the result only.

                                         /s/ Douglas B. Shapiro

-1-